

May 18, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Yushane Campbell*, 21 Cr. 586 (JPO)

Dear Judge Oetken:

      I represent Yushane Campbell in the above-captioned case. Mr. Campbell is scheduled to appear before the Court for a *Fatico* hearing on June 1 and 2, 2022.

      I have been engaged in discussions with the government about the possibility of eliminating the need for a *Fatico* hearing. Currently, the government is investigating information that I provided in connection with those discussions. In addition, a witness whom the defense would call at such a hearing is unavailable for the current dates. For these reasons, the Parties jointly request an adjournment of the *Fatico* hearing to a date and time <u>between July 19 and July 22, 2022</u> that is convenient for the Court.

      Thank you for the Court's consideration.

> Granted.
> The Fatico hearing is hereby adjourned to July 21, 2022, at 9:30 am.
>   So ordered.
>   5/19/2022

Respectfully submitted,

_____/s_____

Aaron Mysliwiec, Esq.
*Attorney for Yushane Campbell*

MIEDEL & MYSLIWIEC LLP
80 Broad Street, Suite 1900
New York, NY 10004
am@fmamlaw.com

*[signature]*
J. PAUL OETKEN
United States District Judge

CC:    AUSA Matthew Shahabian
        *via ECF*