

October 6, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Yushane Campbell*, 21 Cr. 586 (JPO)

Dear Judge Oetken:

    I represent Yushane Campbell in the above-captioned case. I write respectfully to request an adjournment to October 11, 2022, of the deadline to file Mr. Campbell's response to the government's letter of September 16, 2022. The government, through AUSA Brandon Thompson, informed me it has no objection to this request. Mr. Campbell consents to an adjournment of the government's deadline to file its reply to Mr. Campbell's response to October 18, 2022.

    Thank you for the Court's consideration.

Granted.
So ordered.
10/11/2022

Respectfully submitted,

    /s

Aaron Mysliwiec, Esq.
*Attorney for Yushane Campbell*

MIEDEL & MYSLIWIEC LLP
80 Broad Street, Suite 1900
New York, NY 10004
am@fmamlaw.com

[Signature]
J. PAUL OETKEN
United States District Judge

cc:    AUSA Brandon Thompson
       *via ECF*