

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

October 16, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Yushane Campbell*, 21 Cr. 586 (JPO)

Dear Judge Oetken:

      The Government respectfully writes regarding the schedule for the post-hearing briefing related to the *Fatico* hearing that was held in the above-captioned case on August 31, 2022. On September 2, 2022, the Court endorsed the parties' letter requesting that the Government file its opening brief by September 16, 2022, that defense counsel file its opposition by October 3, 2022 (the "Opposition"), and that the Government file its reply by October 10, 2022 (the "Reply"). ECF No. 21. The Government filed its brief on time on September 16, 2022. ECF No. 24. On October 3, 2022, defense counsel filed a letter requesting an adjournment of the deadline to file the Opposition to October 6, 2022. ECF No. 25. On October 6, 2022, defense counsel filed a letter requesting an additional adjournment of the deadline to file the Opposition to October 11, 2022. ECF No. 26. On October 11, 2022, the Court endorsed defense counsel's letter dated October 6, 2022 (the "Memorandum Endorsement"). ECF No. 27. The Memorandum Endorsement provided that defense counsel had until October 11, 2022 to file the Opposition and set October 18, 2022 as the deadline for the Government to file the Reply. To date, defense counsel has not filed the Opposition. The Government respectfully requests seven business days from the date defense counsel files any Opposition to file the Reply. Thank you for considering this request.

> Granted.
> So ordered.
>  10/17/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

_____
J. PAUL OETKEN
United States District Judge